UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERIBERTO CABRAL, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SSP AMERICA LGA, LLC, and SSP AMERICA, INC.,<br><br>Defendants. | Case No. 1:25-cv-02118 |

# DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants SSP America LGA, LLC and SSP America, Inc. state as follows:

1. Defendant SSP America, Inc. is a corporation incorporated under the laws of the State of California with its principal place of business located in Ashburn, Virginia. SSP America is a division of the SSP Group PLC, which is headquartered in London, England and whose shares are listed on the London Stock Exchange under the symbol SSPG.

2. Defendant SSP America LGA, LLC is a Delaware limited liability company, and is a majority owned subsidiary of SSP America, Inc.

Dated: May 6, 2025
New York, New York

/s/ *Paul R. Piccigallo*
Paul Piccigallo
Austin Hee
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
(212) 583-9600

*Attorneys for Defendants SSP America LGA, LLC and SSP America, Inc.*